UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,           Case No. 21-cv-10928
                                          Honorable Denise Page Hood

vs.

$3,840,772.58 U.S. dollars constituting
125 international wire transfers seized
from U.S. correspondent bank, Citibank,
between December 21, 2020 and
January 4, 2021,

$1,025,446.18 U.S. dollars constituting
42 international wire transfers seized
from U.S. correspondent bank, JPMorgan
Chase Bank, between December 21, 2020
and January 4, 2021,

$765,143.73 U.S. dollars constituting
40 international wire transfers seized
from U.S. correspondent bank, Bank of
New York Mellon, between December 21, 2020
and January 4, 2021,

$145,466.52 U.S. dollars constituting
6 international wire transfers seized
from U.S. correspondent bank, Mashreq
Bank PSC, between December 21, 2020
and January 4, 2021,

$387,337.51 U.S. dollars constituting
13 international wire transfers seized
from U.S. correspondent bank, Standard
Chartered Bank, between December 21, 2020
and January 4, 2021,

$159,616.77 U.S. dollars constituting 6 international wire transfers seized from U.S. correspondent bank, Deutsche Bank Trust Company Americas, between December 21, 2020 and January 4, 2021,

$2,288,936.63 U.S. dollars constituting 67 wire transfers seized from U.S. correspondent bank, Citibank, N.A., between May 3, 2021 and May 21, 2021,

$1,449,112.82 U.S. dollars constituting 44 wire transfers seized from U.S. correspondent bank, JPMorgan Chase Bank, between May 3, 2021 and May 21, 2021,

$1,348,713 U.S. dollars constituting 44 wire transfers seized from U.S. correspondent bank, Bank of America, between May 3, 2021 and May 21, 2021,

$636,373.90 U.S. dollars constituting 28 wire transfers seized from U.S. correspondent bank, Bank of New York Mellon, between May 3, 2021 and May 21, 2021,

$20,155 U.S. dollars constituting 2 wire transfers seized from U.S. correspondent bank, Deutsche Bank and Trust Company Americas, between May 3, 2021 and May 21, 2021, and

$34,000 U.S. dollars constituting 2 wire transfers seized from U.S. correspondent bank, Mashreq Bank PSC, between May 3, 2021 and May 21, 2021,

Defendants *in rem*.

## APPLICATION FOR NUNC PRO TUNC ORDER
## UNSEALING AMENDED COMPLAINT (ECF NO. 5)

NOW COMES the United States of America, by and through SAIMA S. MOHSIN, Acting United States Attorney for the Eastern District of Michigan, and GJON JUNCAJ, Assistant United States Attorney, and hereby applies to this Court for a Nunc Pro Tunc Order unsealing the Amended Complaint filed on August 11, 2021, (ECF No. 5). On September 16, 2021, an unsealed Application for Leave to File Second Amended Complaint, (ECF No. 7), was filed by the government. Leave to file a Second Amended Complaint was subsequently approved on September 28, 2021, (ECF No. 8), and a Second Amended Complaint was filed on September 30, 2021, (ECF No. 9). The Second Amended Complaint is the operative complaint in this proceeding.

The government respectively requests that all matters filed subsequent to the Second Amended Complaint, (ECF No. 9), be publicly filed unless otherwise ordered by the Court.

The government further requests this Court to enter the Nunc Pro Tunc Order unsealing the Amended Complaint filed on August 11, 2021, (ECF No. 5), which will be submitted to the Court via ECF utilities.

                          Respectfully submitted,

                          SAIMA S. MOHSIN
                          Acting United States Attorney

                          <u>s/ Gjon Juncaj</u>
                          GJON JUNCAJ (P63256)
                          Assistant United States Attorney
                          211 W. Fort Street, Suite 2001
                          Detroit, Michigan 48226
                          Telephone: (313) 226-0209
                          gjon.juncaj@usdoj.gov

                          <u>s/Michael El-Zein</u>
                          MICHAEL EL-ZEIN (P79182)
                          Assistant United States Attorney
                          211 W. Fort Street, Suite 2001
                          Detroit, Michigan 48226
                          Telephone: (313) 226-9770
                          michael.el-zein@usdoj.gov

Dated: October 21, 2021