IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff, : <br> : <br> : <br> : <br> v. : <br> : <br> $3,840,772.58 U.S. dollars constituting : <br> 125 international wire transfers seized : <br> From U.S. correspondent bank, Citibank, : <br> between December 21, 2020 and : <br> January 4, 2021, : <br> : <br> $1,025,446.18 U.S. dollars constituting : <br> 42 international wire transfers seized : <br> from U.S. correspondent bank, JPMorgan : <br> Chase Bank, between December 21, 2020 : <br> and January 4, 2021, : <br> : <br> $765,143.73 U.S. dollars constituting : <br> 40 international wire transfers seized : <br> from U.S. correspondent bank, Bank of : <br> New York Mellon, between December 21, : <br> 2020 and January 4, 2021, : <br> : <br> $145,466.52 U.S. dollars constituting : <br> 6 international wire transfers seized : <br> from U.S. correspondent bank, Mashreq : <br> Bank PSC, between December 21, 2020 : <br> and January 4, 2021, : <br> : <br> $387,337.51 U.S. dollars constituting : <br> 13 international wire transfers seized : <br> from U.S. correspondent bank, Standard : <br> Chartered Bank, between December 21, : <br> 2020 And January 4, 2021, : | CIVIL ACTION NO. <br> 21-cv-10928 <br><br> Honorable Denise Page Hood |

$159,616.77 U.S. dollars constituting 6 international wire transfers seized from U.S. correspondent bank, Deutsche Bank Trust Company Americas, between December 21, 2020 and January 4, 2021,

$2,288,936.63 U.S. dollars constituting 67 wire transfers seized from U.S. correspondent bank, Citibank, N.A., between May 3, 2021 and May 21, 2021,

$1,449,112.82 U.S. dollars constituting 44 wire transfers seized from U.S. correspondent bank, JPMorgan Chase Bank, between May 3, 2021 and May 21, 2021,

$1,348,713 U.S. dollars constituting 44 wire transfers seized from U.S. correspondent bank, Bank of America, between May 3, 2021 and May 21, 2021,

$636,373.90 U.S. dollars constituting 28 wire transfers seized from U.S. correspondent bank, Bank of New York Mellon between May 3, 2021 and May 21, 2021,

$20,155 U.S. dollars constituting 2 wire transfers seized from U.S. correspondent bank, Deutsche Bank and Trust Company Americas; between May 3, 2021 and May 21, 2021, and

$34,000 U.S. dollars constituting 2 wire transfers seized from U.S. correspondent bank, Mashreq Bank PSC, between May 3, 2021 and May 21, 2021,

|  |  |
|---|---|
| Defendants, | : |
|  | : |
| STRAIGHT WAY GENERAL TRADING, LLC | : |
|  | : |
|  | : |
| Claimant. | : |

## NOTICE OF APPEARANCE

The undersigned hereby enters his appearance as counsel of record on behalf of the Claimant in the above-styled action.

The undersigned requests that all future notices, orders, pleadings or documents to be served upon Defendant in connection with the above-styled action be served upon the undersigned.

This 24th day of November, 2021.

                                                  PATE & JOHNSON, LLC

                                                  /s/ Page A. Pate
                                                  Page A. Pate
                                                  Georgia Bar No.: 565899
                                                  101 Marietta Street, Suite 3300
                                                  Atlanta, Georgia 30303
                                                  (404) 223-3310

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to all counsel of record in this matter.

This 24th day of November, 2021.

PATE & JOHNSON, LLC

/s/ Page A. Pate
Page A. Pate
Georgia Bar No.: 565899
101 Marietta Street, Suite 3300
Atlanta, Georgia 30303
(404) 223-3310
