IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, :
:
    Plaintiff, :
:
: CIVIL ACTION NO.
: 21-cv-10928
v. :
: Honorable Denise Page Hood
$3,840,772.58 U.S. dollars constituting :
125 international wire transfers seized :
From U.S. correspondent bank, Citibank, :
between December 21, 2020 and :
January 4, 2021, :
:
$1,025,446.18 U.S. dollars constituting :
42 international wire transfers seized :
from U.S. correspondent bank, JPMorgan :
Chase Bank, between December 21, 2020 :
and January 4, 2021, :
:
$765,143.73 U.S. dollars constituting :
40 international wire transfers seized :
from U.S. correspondent bank, Bank of :
New York Mellon, between December 21, :
2020 and January 4, 2021, :
:
$145,466.52 U.S. dollars constituting :
6 international wire transfers seized :
from U.S. correspondent bank, Mashreq :
Bank PSC, between December 21, 2020 :
and January 4, 2021, :
:
$387,337.51 U.S. dollars constituting :
13 international wire transfers seized :
from U.S. correspondent bank, Standard :
Chartered Bank, between December 21, :
2020 And January 4, 2021, :

1

$159,616.77 U.S. dollars constituting 6 international wire transfers seized from U.S. correspondent bank, Deutsche Bank Trust Company Americas, between December 21, 2020 and January 4, 2021,

$2,288,936.63 U.S. dollars constituting 67 wire transfers seized from U.S. correspondent bank, Citibank, N.A., between May 3, 2021 and May 21, 2021,

$1,449,112.82 U.S. dollars constituting 44 wire transfers seized from U.S. correspondent bank, JPMorgan Chase Bank, between May 3, 2021 and May 21, 2021,

$1,348,713 U.S. dollars constituting 44 wire transfers seized from U.S. correspondent bank, Bank of America, between May 3, 2021 and May 21, 2021,

$636,373.90 U.S. dollars constituting 28 wire transfers seized from U.S. correspondent bank, Bank of New York Mellon between May 3, 2021 and May 21, 2021,

$20,155 U.S. dollars constituting 2 wire transfers seized from U.S. correspondent bank, Deutsche Bank and Trust Company Americas; between May 3, 2021 and May 21, 2021, and

$34,000 U.S. dollars constituting 2 wire transfers seized from U.S. correspondent bank, Mashreq Bank PSC, between May 3, 2021 and May 21, 2021,

2

|  |  |
|---|---|
| Defendants, | : |
|  | : |
| STRAIGHT WAY GENERAL TRADING, LLC | : |
|  | : |
|  | : |
| Claimant. | : |

## NOTICE OF APPEARANCE

The undersigned hereby enters his appearance as counsel of record on behalf of the Claimant in the above-styled action.

The undersigned requests that all future notices, orders, pleadings or documents to be served upon Defendant in connection with the above-styled action be served upon the undersigned.

This 24th day of November, 2021.

                                        PATE & JOHNSON, LLC

                                        /s/ Jess B. Johnson
                                        Jess B. Johnson
                                        Georgia Bar No.: 322066
                                        101 Marietta Street, Suite 3300
                                        Atlanta, Georgia 30303
                                        (404) 223-3310

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to all counsel of record in this matter.

This 24th day of November, 2021.

                                              PATE & JOHNSON, LLC

                                              /s/ Jess B. Johnson
                                              Jess B. Johnson
                                              Georgia Bar No.: 322066
                                              101 Marietta Street, Suite 3300
                                              Atlanta, Georgia 30303
                                              (404) 223-3310