UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$3,840,772.58 U.S. dollars constituting 125 international wire transfers seized From U.S. correspondent bank, Citibank, between December 21, 2020 and January 4, 2021,

$1,025,446.18 U.S. dollars constituting 42 international wire transfers seized from U.S. correspondent bank, JPMorgan Chase Bank, between December 21, 2020 and January 4, 2021,

$765,143.73 U.S. dollars constituting 40 international wire transfers seized from U.S. correspondent bank, Bank of New York Mellon, between December 21, 2020 and January 4, 2021,

$145,466.52 U.S. dollars constituting 6 international wire transfers seized from U.S. correspondent bank, Mashreq Bank PSC, between December 21, 2020 and January 4, 2021,

$387,337.51 U.S. dollars constituting 13 international wire transfers seized from U.S. correspondent bank, Standard Chartered Bank, between December 21, 2020 And January 4, 2021,

$159,616.77 U.S. dollars constituting 6 international wire transfers seized from U.S. correspondent bank, Deutsche Bank Trust Company Americas, between December 21, 2020 and January 4, 2021,

Civil No. 21-cv-10928

Honorable Denise Page Hood

1

$2,288,936.63 U.S. dollars constituting 67 wire transfers seized from U.S. correspondent bank, Citibank, N.A., between May 3, 2021 and May 21, 2021,

$1,449,112.82 U.S. dollars constituting 44 wire transfers seized from U.S. correspondent bank, JPMorgan Chase Bank, between May 3, 2021 and May 21, 2021,

$1,348,713 U.S. dollars constituting 44 wire transfers seized from U.S. correspondent bank, Bank of America, between May 3, 2021 and May 21, 2021,

$636,373.90 U.S. dollars constituting 28 wire transfers seized from U.S. correspondent bank, Bank of New York Mellon between May 3, 2021 and May 21, 2021,

$20,155 U.S. dollars constituting 2 wire transfers seized from U.S. correspondent bank, Deutsche Bank and Trust Company Americas; between May 3, 2021 and May 21, 2021, and

$34,000 U.S. dollars constituting 2 wire transfers seized from U.S. correspondent bank, Mashreq Bank PSC, between May 3, 2021 and May 21, 2021,

   Defendants,

PREMIER FABRICS FZE

   Claimant.

## **VERIFIED CLAIM**

Claimant Premier Fabrics FZE, by and through Undersigned Counsel, hereby files this Verified Claim pursuant to 18 U.S.C. $ 938(a)(4)(A) and Rules G(5)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and hereby states the following:

1. The identities of the specific properties being claimed are the funds associated with the following wire transactions, as identified in the Second Amended Complaint for Forfeiture in the above-styled case:

| Wire No. | Wire Date | Amount |
| --- | --- | --- |
| 317 | 5/21/2021 | $34,890.00 |
| 318 | 5/21/2021 | $19,900.00 |
| 319 | 5/21/2021 | $12,830.00 |

2. The identity of Claimant is Premier Fabrics FZE ("Claimant Premier Fabrics"). Claimant Premier Fabrics is a foreign company established under the laws of the country of the United Arab Emirates with its primary office located at SHOP R02 EMIRATES GARDEN 1 R1 AL BARSHA SOUTH 4TH DUBAI.

3. Claimant Premier Fabrics has a valid and legal interest in all of the seized properties listed in Paragraph 1 of this Verified Claim as Claimant Premier Fabrics is the corporate owner of all of the seized properties.

4. Umer Abbas is the sole owner of Claimant Premier Fabrics.

5. Claimant Premier Fabrics acquired the properties listed in Paragraph 1 of this Verified Claim through lawful and legitimate means.

This 8 day of February, 2022

>*/s/Rebecca L. Castaneda*
>Rebecca L. Castaneda
>Florida Bar No. 1007926
>rc@attorneyrebeccacastaneda.com
>The Castaneda Law Firm PLLC
>506 N. Armenia Avenue
>Tampa, Florida 33609-1703
>(813) 694-7780

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, Umer Abbas, owner of Claimant Premier Fabrics, hereby declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this <u>8</u> day of February, 2022.

_____
Umer Abbas
Owner of Premier Fabrics FZE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Verified Claim has been electronically filed on February 8 2022, with the Clerk of the Court using the CM/ECF system which will automatically transmit an electronic filing to all parties of record.

*/s/Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
rc@attorneyrebeccacastaneda.com
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, Florida 33609-1703
(813) 694-7780