UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**CURRENCY $3,840,772.58 DOLLARS
CONSTITUTING 12T INTERNATIONAL
WIRE TRANSFERS SEIZED FROM U.S.
CORRESPONDENT BANK, CITIBANK, et al.,**

      Defendants.

_____/

Case No. 21-10928

Hon. Denise Page Hood

## ORDER MOOTING MOTIONS FOR ORDERS TO JOIN AND ADOPT CLAIMANTS FAR EAST FOOD TRADING, LLC AND WAREHOW TRADING, LLC'S MOTIONS TO DISMISS

On February 14, 2022, Defendant Currency $3,840,772.58 US Dollars Constituting 125 international wire transfers seized from U.S. Correspondent Bank, Citibank filed a Motion to Dismiss (meant to be "Claimant Far East Food Trading, LLC's Motion to Dismiss for Lack of Venue, Lack of Personal Jurisdiction and Failure to State a Claim"). ECF No. 92. On February 25, 2022, a Motion to Dismiss for Lack of Subject Matter Jurisdiction was filed by Defendant Currency $3,840,772.58 US Dollars Constituting 125 international wire transfers seized from U.S. Correspondent Bank, Citibank (meant to be "Claimant Warehow Tradings, LLC's Motion to Dismiss"). ECF No. 102. Several Claimants have since filed

Motions for Order to Join and Adopt the Claimants' Motions to Dismiss. No such motions are required since the Court need not approve a party's joinder on a motion; only *Notices* of Joinder on the motions are required to be filed. The Court considers the motions as notices to join Claimants' Motions to Dismiss, and, as such, the motions are deemed moot.

For the parties' information, a review of the docket shows that although the Firm filed Verified Claims for its clients (ECF Nos. 71-86), it did *not add* each client as a party/Claimant to this forfeiture action on the CM/ECF system. Rather, the Firm entered the Verified Claims/appearances under certain Defendant Currencies. The Firm's clients' information are therefore not easily identified as Claimants/parties to this forfeiture case actionr. (E.g. ECF Nos. 34, 35, 36; **see www.mied.uscourts.gov, E-filing tab, Information and Resources, Adding Parties**)

Accordingly,

IT IS ORDERED that the Motions for Order to Join and Adopt Motions to Dismiss (ECF Nos. 89, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 103, 104, 105, 106, 107, 108, 109, 110), considered as Notices of Joinder to the Motions to Dismiss, are MOOT.

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: March 2, 2022