UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff(s),

v.                                       Case No. 2:21−cv−10928−DPH−KGA
                                                Hon. Denise Page Hood

Currency $2,344,936.63 U.S.
Dollars constituting 68 wire
transfers seized from U.S.
correspondent bank, Citibank,
N.A., between May 3, 2021 and
May 21, 2021, et al.,

                    Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 218.  The following motion(s) are scheduled for hearing:

        Motion to Stay − #116

- MOTION HEARING:  April 27, 2022 at 02:00 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/L. Saulsberry
                                                               Case Manager

Dated:  March 18, 2022