UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

$3,840,772.58 U.S. dollars constituting 125 international wire transfers seized from U.S. correspondent bank, Citibank, between December 21, 2020 and January 4, 2021, *et al.*,

        Defendants *in rem*.

Case No. 21-cv-10928
Honorable Denise Page Hood

---

## ORDER SEALING EX PARTE DECLARATION IN SUPPORT OF THIRD STATUS REPORT

The United States of America has applied to this Court for an Order to File Under Seal Ex Parte Declaration in Support of Third Status Report, in the above-captioned case. Upon consideration of the motion and the entire record herein,

**IT IS HEREBY ORDERED** that the Declaration in Support of Third Status Report, in the above-entitled proceedings, shall be filed with this Court ex parte under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

Dated: June 3, 2024

s/Denise Page Hood
Honorable Denise Page Hood
United States District Judge