<u>NOT RECOMMENDED FOR PUBLICATION</u>

No. 25-1202

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
May 1, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff-Appellee, )<br>)<br>v. )<br>)<br>CURRENCY $3,840,772.58 US DOLLARS )<br>CONSTITUTING 125 INTERNATIONAL WIRE )<br>TRANSFERS SEIZED FROM U.S. )<br>CORRESPONDENT BANK, CITIBANK, )<br>)<br>   Defendant, )<br>)<br>and )<br>)<br>ADVOTIS GENERAL TRADING, LLC, )<br>)<br>   Claimant-Appellant. ) | ON APPEAL FROM THE UNITED<br>STATES DISTRICT COURT FOR<br>THE EASTERN DISTRICT OF<br>MICHIGAN |

<u>O R D E R</u>

Before: STRANCH, READLER, and MATHIS, Circuit Judges.

This matter is before the court upon initial consideration of appellate jurisdiction.

The United States filed a civil forfeiture action, alleging that certain seized funds were proceeds of money laundering. Several parties, including Advotis General Trading, LLC, joined the action as claimants asserting an ownership interest in the funds. Advotis subsequently moved for a protective order. The motion was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(A), who denied it on February 28, 2025. Advotis filed a notice of appeal.

We lack jurisdiction over this appeal. Discovery orders—like the requested protective order—"are not final decisions and cannot be reviewed unless the trial court enters a final judgment

No. 25-1202
- 2 -

disposing of all claims." *United States ex rel. Pogue v. Diabetes Treatment Ctrs. of Am., Inc.*, 444 F.3d 462, 471 (6th Cir. 2006) (citations omitted). Nor are discovery orders immediately appealable under the collateral order doctrine. *John B. v. Goetz*, 531 F.3d 448, 458 (6th Cir. 2008).

Moreover, an order of a magistrate judge is not appealable to this court unless the magistrate judge is given plenary jurisdiction pursuant to 28 U.S.C. § 636(c)(1). *McQueen v. Beecher Cmty. Schs.*, 433 F.3d 460, 471–72 (6th Cir. 2006). The magistrate judge was not given plenary jurisdiction in this case and Advotis failed to seek review of the magistrate judge's order in the district court. *See* 28 U.S.C. § 636(b)(1)(A).

For the foregoing reasons, the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk