UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 21-10928

Hon. Denise Page Hood

CURRENCY $3,850,772.58 US DOLLARS et al.,

    Defendants.
_____/

**ORDER MOOTING MOTION TO STAY DISCOVERY
PENDING APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE SIXTH CIRCUIT (ECF No. 228)**

On May 1, 2025, the United States Court of Appeals for the Sixth Circuit filed an Order and Judgment dismissing Claimant Advotis General Trading, LLC's appeal. (*USA v. Currency $3,840,772.58 US Dollars,* Case No. 25-1202, Order and Judgment, May 1, 2025) The Motion to Stay Discovery Pending the Outcome of the Appeal before the United States Court of Appeals for the Sixth Circuit is now rendered moot.

Accordingly,

IT IS ORDERED that Claimant Advotis General Trading, LLC's Motion to Stay Discovery Pending the Outcome of the Appeal Currently before the United States Court of Appeals for the Sixth Circuit **(ECF No. 228)** is DENIED as MOOT.

IT IS FURTHER ORDERED that Claimants' answer to the Special Interrogatories (as ordered by the Magistrate Judge by March 28, 2025)[1] must be served on the Government **by May 30, 2025.**

                                                    S/DENISE PAGE HOOD
                                                    DENISE PAGE HOOD
                                                    United States District Judge

DATED: May 2, 2025

---

[1] When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge. E.D. Mich. LR 72.2.